**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7768**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TONY B. ALEXANDER,

Defendant - Appellant.

---

**No. 03-6234**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TONY B. ALEXANDER,

Defendant - Appellant.

---

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-95-178)

---

Submitted: March 20, 2003          Decided: March 25, 2003

---

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tony B. Alexander, Appellant Pro Se. Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony B. Alexander appeals the district court's order denying his motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we deny Alexander's motion for modification of his sentence and affirm for the reasons stated by the district court. See United States v. Alexander, No. CR-95-178 (W.D.N.C., filed Jan. 17, 2003; entered Jan. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2